26-C 1751

ADELMAN

NANCY JOSEPH
U.S. MAGISTRATE JUDGE

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 SEP 24 P 2:47

CLERK OF COURT

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN**

PRENTIE SINCLAIR SANDERS, Plaintiff,

v.

AMELIA (Property Manager / Acting Landlord, True Identity Unverified) and EDGAR E. JILES (Property Owner of Record), Defendants.

Case No. __________

# CIVIL COMPLAINT FOR MAINTAINING AN ILLEGAL UNLICENSED ROOMING HOUSE, FRAUDULENT CONCEALMENT, BREACH OF HABITABILITY, AND NEGLIGENCE

## I. PARTIES

1. **Plaintiff:** Prentie Sinclair Sanders is an individual currently residing at 3238 W. Clybourn St., Milwaukee, Wisconsin 53208.

2. **Defendant Amelia:** Property manager, operator, and acting landlord who managed the premises on a daily basis, hid her true identity, interacted with tenants exclusively, and appeared on police body-worn camera footage on August 18, 2026, identifying herself as the landlord/representative to officers and corroborating Dennis Tillman's pattern of false accusations.

3. **Defendant Edgar E. Jiles:** The registered property owner of record for the real property located at 2225 W. Burleigh St., Milwaukee, WI 53206 (Taxkey #310-0863-000), who permitted unverified agents to operate the premises.

## II. JURISDICTION AND VENUE

1. This action is brought pursuant to this Court's diversity jurisdiction under 28 U.S.C. Section 1332 and supplemental tort jurisdiction, as the matter in controversy involves state-law claims for housing negligence, fraud, premises liability, and code violations arising between private parties across distinct factual circumstances, with damages exceeding the statutory threshold.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1391(b) because all events, property operations, and tortious omissions giving rise to this claim occurred within Milwaukee, Wisconsin, situated within this judicial district.

## III. STATEMENT OF FACTS

1. **Ownership and Unlawful Rooming House Operation:** Defendant Edgar E. Jiles is the registered owner of the residential property located at 2225 W. Burleigh St., Milwaukee, WI 53206. Official City of Milwaukee Department of Neighborhood Services (DNS)

records and property assessment data establish that this property is legally designated only as a single-family residential structure (1 Residential / Res O/S A & 1/2).

2. **Active Code Enforcement and Violations:** Defendants have operated, rented out, or permitted the structure to operate as an illegal, unlicensed multi-unit rooming house without proper municipal licensure.

3. DNS records confirm that the property has been subjected to active enforcement actions, fee assessments for failure to maintain property registration, and multiple historical code violations (including electrical and order violations).

4. **Defendant Amelia's Direct Management and Concealment:** Plaintiff never encountered property owner Edgar E. Jiles at the premises.

   Instead, Defendant Amelia managed every aspect of the property on a daily basis, interacting with occupants while concealing her true identity.

5. **Failure to Maintain Safe Conditions and Dangerous Co-Occupants:** Defendants permitted the premises to fall into substandard conditions and rented rooms to unstable individuals, including Dennis Tillman—an occupant with a documented history of excessive drinking, violent outbursts, threats, and false criminal accusations against fellow residents.

   Defendants had actual knowledge or should have known that Dennis Tillman routinely engaged in disruptive and threatening behavior when intoxicated.

6. **Amelia's Admission on Body-Camera Footage (August 18, 2026):** On August 18, 2026, when police officers and detectives arrived at the property, Defendant Amelia appeared on scene and identified herself on police body-worn camera footage as the landlord/manager. Amelia explicitly confirmed and stated to the officers that Dennis Tillman routinely makes false accusations when he gets drunk, acknowledging that his own family refuses to live with him because of his excessive drinking and chronic fabrications.

7. **Resulting Harm, False Accusations, and Homelessness:** Due to Defendants' maintenance of an illegal, unmonitored rooming house and failure to provide a safe environment, Plaintiff was subjected to false accusations by Dennis Tillman.

   These false allegations directly triggered Plaintiff's wrongful arrest and subsequent incarceration, followed by a mandatory no-contact order that barred Plaintiff from returning to 2225 W. Burleigh St., thereby plunging Plaintiff into complete, prolonged homelessness.

8. **Damages:** The resulting housing instability, distress, and displacement caused Plaintiff to suffer severe emotional distress, loss of personal liberty, and physical injury, alongside missing essential medical, mental health, and physical therapy appointments.

## IV. CAUSES OF ACTION

**COUNT I: Maintaining an Unlicensed Rooming House / Negligence Per Se**

1. Plaintiff re-alleges all preceding paragraphs.

2. Defendants breached their duty under Milwaukee municipal codes and Wisconsin property laws by illegally operating a single-family residential structure as an uninspected, unlicensed rooming house, directly exposing occupants to hazardous conditions and regulatory non-compliance.

**COUNT II: Landlord Negligence, Misrepresentation, and Premises Liability**

1. Plaintiff re-alleges all preceding paragraphs.

2. Defendants breached the fundamental duty of care owed to lawful occupants by failing to maintain a safe premises, operating under obscured identities, failing to vet or control dangerous co-tenants (such as Dennis Tillman despite knowing his history), and permitting an environment prone to threats, violence, and wrongful legal entanglements.

**COUNT III: Negligent Infliction of Emotional Distress**

1. Plaintiff re-alleges all preceding paragraphs.

2. Defendants' unlawful business practices, concealment, and reckless disregard for tenant safety directly caused Plaintiff severe psychological trauma, wrongful legal exposure, and catastrophic homelessness.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Prentie Sinclair Sanders respectfully requests that this Court enter judgment in his favor and against Defendants Amelia and Edgar E. Jiles, jointly and severally, awarding compensatory damages, statutory penalties, costs, and such other relief as the Court deems just and equitable.

**DATE:** September 23, 2026

Respectfully submitted,
**Prentie Sinclair Sanders**, Pro Se 3238 W. Clybourn St. Milwaukee, Wisconsin 53208

Prentie Sanders